| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | CYNTHIA M. FREY (CABN 150571)<br>Assistant United States Attorney |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 7 | E-Mail: cynthia.frey@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0154 SI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME BETWEEN<br>APRIL 6, 2010 AND APRIL 16, 2010 |
| LENZIE ELLIS, | ) | FROM CALCULATIONS UNDER THE<br>SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
| Defendant. | ) | |

The defendant, Lenzie Ellis, represented by Mary McNamara, and the government, represented by Cynthia M. Frey, Assistant United States Attorney, appeared before the Court on April 6, 2010 for an initial appearance and identification of counsel and to set the matter for a status conference before the Hon. Susan Ilston. The status conference was set for April 16, 2010. The Government requested that time be excluded under the Speedy Trial Act between April 6, 2010 and April 16, 2010 for purposes of continuity of and effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant. The defendant agreed to exclude time until April 16, 2010.

//

ORDER EXCLUDING TIME
CR 09-0154 SI

1     In addition, the defendant agrees to exclude for this period of time any time limits
2 applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order
3 to provide defense counsel with adequate time to review the discovery and consult with the
4 defendant, is necessary for continuity of defense counsel and effective preparation, taking into
5 account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that
6 the ends of justice served by granting such a continuance outweighed the best interests of the
7 public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

9 SO STIPULATED:

10                                   JOSEPH P. RUSSONIELLO
                                  United States Attorney

12
13 DATED: April 15, 2010                     /s/
                                  CYNTHIA M. FREY
                                  Assistant United States Attorney

16 DATED: April 15, 2010                     /s/
                                  MARY MCNAMARA
                                  Attorney for LENZIE ELLIS

1  Based upon the representation of counsel and for good cause shown, the Court finds that
2  failing to exclude the time between April 6, 2010 and April 16, 2010 would unreasonably deny
3  the defendant continuity of counsel and would deny counsel the reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
5  § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
6  time between April 6, 2010 and April 16, 2010 from computation under the Speedy Trial Act
7  outweigh the best interests of the public and the defendant in a speedy trial.
8  Therefore, IT IS HEREBY ORDERED that the time between April 6, 2010 and April 16,
9  2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
10 § 3161(h)(7)(A) and (B)(iv).

12 DATED: __04/19/2010_____