IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-00154 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| LENZIE ELLIS, | |
| Defendant. / | |

On July 9, 2010, the Court heard oral argument on defendant Lenzie Ellis's motion to dismiss the indictment in this case on the ground that his Sixth Amendment right to a speedy trial has been violated. For the reasons stated on the record at the hearing, the Court finds that the length of the delay, the reasons for the delay, defendant's assertion of his rights, and the prejudice occasioned by the delay warrant dismissal of the indictment. *See Doggett v. United States*, 505 U.S. 647, 651 (1992) (citing *Barker v. Wingo*, 407 U.S. 514, 530 (1972)).

Defendant's motion is therefore GRANTED and the pending charges against him are DISMISSED. The clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 13, 2010

SUSAN ILLSTON
United States District Judge